**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6030**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

OMAR ANTHONY LOPEZ,

    Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  Bruce H. Hendricks, District Judge.  (7:18-cr-00284-BHH-1)

Submitted:  August 18, 2021      Decided:  August 27, 2021

Before KING, THACKER, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Omar Anthony Lopez, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Omar Anthony Lopez appeals from the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. We review a court's denial of a motion for compassionate release for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021). Upon review of the record, we conclude that the district court did not abuse its discretion in determining that, even assuming he demonstrated extraordinary and compelling circumstances, reasons grounded in the 18 U.S.C. § 3553(a) sentencing factors weighed against granting Lopez's motion. *United States v. High*, 997 F.3d 181, 187-91 (4th Cir. 2021). Accordingly, we affirm the court's order. *See United States v. Lopez*, No. 7:18-cr-00284-BHH-1 (D.S.C. Dec. 18, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*